GEORGE BLASS, Respondent, *v.* AGRICULTURAL INSURANCE COMPANY OF WATERTOWN, N. Y., Appellant.

*Blass* v. *Agricultural Ins. Co.*, 18 App. Div. 481, affirmed.
(Argued March 22, 1900; decided April 6, 1900.)

APPEAL from a judgment of the Supreme Court, entered July 3, 1897, upon an order of the Appellate Division in the fourth judicial department, made June 12, 1897, overruling defendant's exceptions ordered to be heard in the first instance by the Appellate Division, and directing judgment upon a verdict in favor of plaintiff.

*A. H. Sawyer* for appellant.

*James W. Hart* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

SOPHIA L. ROWE, Appellant, *v.* THE BROOKLYN LIFE INSURANCE COMPANY, Respondent.

(Submitted April 2, 1900; decided April 6, 1900.)

Motion for reargument denied, with ten dollars costs. (See 162 N. Y. 604.)